PER CURIAM.

(No. 74-CC-158—Claimant )

EDWARD F. CASEY, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF AERONAUTICS, Respondent.

*Opinion filed January 31, 1974.*

CASEY AND CASEY, Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.